**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY LEE ROBERSON,               )
                                 )    No. C 04-00272 JW (PR)
            Petitioner,          )
                                 )    ORDER DENYING MOTION FOR
    vs.                          )    CERTIFICATE OF APPEALABILITY
                                 )
D. L. RUNNELS, Warden,           )
                                 )
            Respondent.          )
                                 )    (Docket No. 51)
_____  )

    Petitioner has filed a motion for a certificate of appealability under 28 U.S.C.

§ 2253(c) and Federal Rule of Appellate Procedure 22(b).

    Petitioner's motion for a certificate of appealability (Docket No. 51) is

DENIED because petitioner has not made "a substantial showing of the denial of a

constitutional right."  28 U.S.C. §  2253(c)(2).  Petitioner has not demonstrated that

"reasonable jurists would find the district court's assessment of the constitutional

claims debatable or wrong."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).

    The clerk shall forward to the Court of Appeals the case file with this order.

See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

DATED: _____May 1, 2008_____

_____
JAMES WARE
United States District Judge

Order Denying Motion for COA
G:\PRO-SE\SJ.JW\HC.04\Roberson272.deny-coa.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


GARY LEE ROBERSON,

                Petitioner,

    v.

D. L. RUNNELS, Warden,

                Respondent.

_____/

Case Number: CV04-00272 JW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/2/2008_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Gary Lee Roberson T-06032
High Desert State Prison
P. O. Box 3030
Susanville, Ca 96127-3030


Dated: _____5/2/2008_____

                        Richard W. Wieking, Clerk
              /s/  By: Elizabeth Garcia, Deputy Clerk